# ATTORNEY AFFIRMATION OF SERVICE

STATE OF NEW YORK : 
                            SS.:
COUNTY OF NEW YORK :

I, Richard M. Madnick, an attorney at law admitted to practice before this Court, affirms as follows:

On October 20, 2023, I served true copies of Judge Valerie Caproni's Individual Part Rules and October 19, 2023 Notice of Initial Pretrial Conference [Dkt. 5] in the case *Claudio Darezzo v. Recreational Plus LEV Inc., et al., Index: #1:23-cv-09090-VEC upon*:

        Recreational Plus LEV Inc.
        180 1st Avenue
        New York, NY 10009

        Recreational Plus LEV Inc.
        400 East 11th Street
        New York, NY 10009
        Attn: Nageeb Saeidi

        84 Hoyt LLC
        51 East Houston Street, Unit Office
        New York, NY 10012

by depositing a true copy of same enclosed in a postpaid properly addressed envelope in a post office or official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

DATED: **October 20, 2023**                            _____
                                                            Richard M. Madnick