# THE MARKS LAW FIRM, P.C.

**MEMO ENDORSED**

December 11, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2023

**FILED VIA ECF**
Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 443
New York, NY 10007

RE: **Claudio Darezzo v. Recreational Plus LEV Inc., et al.**
Index: 1:23-cv-09090-VEC

Dear Judge Caproni,

Plaintiff respectfully requests a forty-five (45) day adjournment of the Initial Pretrial Conference from **December 22, 2023** to **February 5, 2024** and a forty-five (45) day extension of the deadline to submit a proposed Case Management Plan and Joint Letter from **December 14, 2023** to **January 26, 2024**, in accordance with Your Honor's October 19, 2023 Notice of Initial Pretrial Conference [Dkt. 5].

The reason for this request, is that our office is in communication with "Max" and "Rueben" (agents of Defendant, 84 Hoyt LLC) who informed us that both Defendants are aware of this action and are currently investigating this matter prior to retaining counsel, but intend to appear. Our office also informed "Max" and "Reuben" about the Court's upcoming deadlines and of the Initial Conference. Given the upcoming holiday schedule, this process has taken longer than expected. The requested adjournment would allow Defendant to appear in this action with Counsel prior to an Initial Conference and prior to submitting a Case Management Plan and Joint Letter as their input is necessary in litigating the claims alleged in this action as the landlord of the subject property. This is the first request of its kind and is being made on behalf of Defendant, 84 Hoyt LLC.

We thank you and the Court for its time and consideration on this matter.

Respectfully Submitted,

The Marks Law Firm, P.C.

By:_____
Bradly G. Marks

155 E 55th Street, Suite 4H, New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com

Application DENIED. The Initial Pretrial Conference scheduled for **December 22, 2023** is adjourned *sine die*. Defendants' response to the complaint must be filed no later than **December 22, 2023**. If Defendants do not respond to the complaint by that date, Plaintiff's deadline to move for an order to show cause why default judgment should not be entered is **January 11, 2024**. Plaintiff is directed to serve a copy of this Endorsement on Defendants and file proof of service on the docket no later than **December 15, 2023.**

SO ORDERED.                    12/11/2023

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE