UNITED STATES DISTICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CLAUDIO DAREZZO,

                        Plaintiff(s),

    v.                                **NOTICE OF APPEARANCE**

                                         Case No.: 1:23-cv-09090-VEC

RECREATIONAL PLUS LEV INC.
AND 84 HOYT LLC,

                       Defendant(s).
-----------------------------------------------------------------X

To:  The Clerk of Court and all parties of record:

   I am admitted or otherwise authorized to practice in this Court and I appear in this matter for the Defendant 84 HOYT LLC.


Dated:  Manhasset, New York
       January 9, 2024                             /s/   Mitchell Segal
                                                     _____
                                                     MITCHELL SEGAL, ESQ. MS4878
                                                   Law Offices of Mitchell S. Segal, P.C.
                                                   1129 Northern Boulevard, Suite 404
                                                 Manhasset, New York 11030
                                                 msegal@segallegal.com
                                                 Ph - (516) 415-0100
                                                 Fx - (516) 706-6631