

Via ECF Filing
Honorable Judge Valerie Caproni                            January 9, 2024
SDNY United States Courthouse
40 Foley Square, Room 240
New York, NY 10007

      Re:  <u>Claudio Darezzo v. Recreational Plus Lev Inc. and 84 Hoyt LLC.</u>
           <u>Case No.: 1:23-cv-09090-VEC</u>

Dear Honorable Judge Valerie Caproni:

    I was recently engaged by the Defendant 84 Hoyt LLC in the above-entitled action and request an extension of time to February 9, 2024 in order to respond to the Plaintiff's Complaint. The original due date to file a response was December 22, 2023. I have contacted the Plaintiff's counsel and they have consented to this extension. I respectfully request the Court grant this extension of time. Although I currently don't represent the tenant, Recreational Plus Lev Inc., I request the Court extend their time to respond as I am hopeful they will contact me for representation during this time extension.

    This is the first extension request in this matter. I thank your honor for the time taken to review this request.

                                 Respectfully submitted,

                                 /s/ Mitchell Segal
                               _____
                               Mitchell Segal