UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

CLAUDIO DAREZZO,

                       Plaintiff,

    -against-

RECREATIONAL PLUS LEV INC.
AND 84 HOYT LLC,

                       Defendants.
------------------------------------------------------X

*Civil Action No.:*
1:23-cv-09090-VEC

**CLERKS CERTIFICATE
OF DEFAULT**

      **I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on <u>October 16, 2023</u> with the filing of a summons and complaint, a copy of the summons and complaint was served on Defendant, <u>Recreational Plus Lev Inc.</u> by service to <u>Nancy Dougherty, Legal Clerk for Secretary of State</u>, and proof of service was therefore filed on <u>November 13, 2023</u>, Doc. <u>#8</u>.**

      **I further certify that the docket entries indicate that Defendant, <u>Recreational Plus Lev Inc.</u> has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.**

Dated: New York, New York
        January___, 2024

                                                   RUBY J. KRAJICK
                                                   Clerk of Court

                                   By: _____
                                                Deputy Clerk