UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
CLAUDIO DAREZZO,

                                   Plaintiff,

      -against-

RECREATIONAL PLUS LEV INC.
AND 84 HOYT LLC,

                                 Defendants.
-------------------------------------------------------X

**AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT**

*Civil Action No.:*
1:23-cv-09090-VEC

I, Bradly G. Marks, an attorney duly admitted to practice law in the State of New York and Southern District of New York, hereby affirms the truth of the following under penalty of perjury:

1. I am associated with The Marks Law Firm, PC, attorneys for Plaintiff in the above-captioned action and I am familiar with all the facts and circumstances in this action.

2. This action was commenced on October 16, 2023 by filing a Summons and Complaint (Exhibit A).

3. On November 2, 2023, service was effectuated on Defendant, Recreational Plus Lev Inc. through the secretary of state (Exhibit B).

4. The time for Defendant, Recreational Plus Lev Inc. to answer or otherwise move with respect to the complaint herein has expired on December 22, 2023 [Dkt. 8 and 10].

5. Defendant, Recreational Plus Lev Inc. has not answered or otherwise moved with respect to the complaint, and the time for Defendant, Recreational Plus Lev Inc. to answer or otherwise move has not been extended.

6. On numerous occasions after initiating this action, your affirmant's office attempted to contact Defendant, Recreational Plus Lev Inc. by mail, email and by calling the Defendant directly at the Premises in effort to have them appear in this action, inform them of the Court's deadlines and discuss possible remediations of the subject Premises. At some point, your affirmant's office made contact with an agent of Defendant, 84 Hoyt LLC who advised that Defendant, Recreational Plus Lev Inc. was fully aware of this action.

7. Despite Defendant, Recreational Plus Lev Inc.being fully aware of this action and the Court's deadlines, they have chosen to not appear or interpose an answer to the complaint.

8. Defendant, Recreational Plus Lev Inc. is a corporation and is not an infant or incompetent.

9. Defendant, Recreational Plus Lev Inc. is not presently in the military service of the United States as appears from facts in this litigation.

10. Defendants, Recreational Plus Lev Inc. and 84 Hoyt LLC are jointly and severally indebted to Plaintiff, Claudio Darezzo for injunctive relief, compensatory relief, and attorney fees and costs pursuant to 42 U.S.C. 12181, et. Seq., of the Americans with Disabilities Act ("ADA"), the New York Human Rights Law ("NYCHRL"), and the New York State Human Rights Law ("NYSHRL").

**WHEREFORE**, Plaintiff, Claudio Darezzo requests that the default of Defendant, Recreational Plus Lev Inc. be noted and a certificate of default be issued.

Dated: New York, New York
      January 10, 2024

THE MARKS LAW FIRM

By:_____
 Bradly G. Marks
 155 E 55th Street, Suite 4H
 New York, NY 10022
 T:(646) 770-3775
 F: (646) 770- 2639
 brad@markslawpc.com