# Exhibit B

14.8*

# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

THE MARKS LAW FIRM, P.C. 155 EAST 55TH STREET NEW YORK , NY 10022

| | |
|---|---|
| Client's File No.: | _____ |
| Index Number: | 1:23-CV-09090-VEC |
| Date Filed: | October 17, 2023 |

### CLAUDIO DAREZZO

*Plaintiff*

vs

### RECREATIONAL PLUS LEV INC. AND 84 HOYT LLC

*Defendant*

STATE OF NEW YORK, COUNTY OF New York SS:

### SECRETARY OF STATE

**Steve Avery**, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **11/2/2023** at **9:00 AM** at 1 Commerce Plaza, Albany, New York 12260 the office of the Secretary Of State, of the State of New York, deponent served 2 true copies of a **Summons in a Civil Action and Complaint**

on **RECREATIONAL PLUS LEV INC.**
(Defendant/Respondent)

Said service was effected in the following manner;
By delivering to an leaving with **NANCY DOUGHERTY** authorized agent in the office of the Secretary of the State, State of New York, personally at the office of the Secretary of State, of the State of New York, two (2) true copies thereof and at that time of making such service, deponent paid said Secretary of State a fee of $40.00.
That said service was made pursuant to **306 Business Corporation Law**

**Description:**
**Gender: Female      Race/Skin: White      Age: 60      Weight: 100-130 Lbs.   Height: 5ft0in-5ft3in   Hair: Black   Glasses:No   Other:**

Sworn to before me on _____ November 7, 2023 _____

Samuel Mlotok
Notary Public / State of New York
No. 01ML6317724
Qualified in Nassau County
My Commission Expires April 16, 2027

Steve Avery

Server Lic #

Job# 2361213

Cust.File#