UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
CLAUDIO DAREZZO,

              *Civil Action No.:*
              1:23-cv-09090-VEC

      Plaintiff,

 -against-

              **CLERKS CERTIFICATE**
              **OF DEFAULT**

RECREATIONAL PLUS LEV INC.
AND 84 HOYT LLC,

      Defendants.
-------------------------------------------------------X

  **I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on <u>October 16, 2023</u> with the filing of a summons and complaint, a copy of the summons and complaint was served on Defendant, <u>Recreational Plus Lev Inc.</u> by service to <u>Nancy Dougherty, Legal Clerk for Secretary of State</u>, and proof of service was therefore filed on <u>November 13, 2023</u>, Doc. <u>#8</u>.**

  **I further certify that the docket entries indicate that Defendant, <u>Recreational Plus Lev Inc.</u> has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.**

Dated: New York, New York
   January  10 , 2024

                RUBY J. KRAJICK
                Clerk of Court

            *K. Mango*
         By: _____
               Deputy Clerk