UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
CLAUDIO DAREZZO,

                      Plaintiff,

      -against-

RECREATIONAL PLUS LEV INC. AND
84 HOYT LLC,

                      Defendants.
------------------------------------------------------X

**ORDER TO SHOW CAUSE FOR ENTRY OF DEFAULT JUDGEMENT**

*Civil Action No.:*
1:23-cv-09090-VEC

Upon the affirmation of Bradly G. Marks, Esq. and upon the exhibits hereto attached, it is ORDERED that Defendant, Recreational Plus Lev Inc. show cause before the Honorable Valerie E. Caproni at the Thurgood Marshall United States Courthouse located at 40 Foley Square, Courtroom 443, New York, NY 10007 on the ____ day of _____, 2024, at _____ or as soon thereafter as counsel may be heard why an order should not be issued to the Plaintiff granting an Entry of Default Judgment and such further and other relief as the Court deems just and proper.

It is further ordered that Plaintiff shall within ____ business days, serve this Order to Show Cause and supporting papers on Defendant via _____.

Dated: New York, New York
       _____

                                          _____
                                                  U.S.D.J