```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/10/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
CLAUDIO DAREZZO,

                Plaintiff,

     -against-

RECREATIONAL PLUS LEV INC. AND
84 HOYT LLC,

               Defendants.
------------------------------------------------------X

**ORDER TO SHOW CAUSE FOR ENTRY OF DEFAULT JUDGEMENT**

1:23-cv-09090-VEC

     Upon the affirmation of Bradly G. Marks, Esq. and upon the exhibits hereto attached,

     IT IS HEREBY ORDERED that Defendant, Recreational Plus Lev Inc. show cause before the Honorable Valerie E. Caproni in Courtroom 443, United States District Court for the Southern District of New York, 40 Foley Square, New York, NY 10007 on **February 7, 2024**, at **2:30 P.M.**, why a Default Judgment ought not be entered against it and other relief as the Court deems just and proper, pursuant to Federal Rules of Civil Procedure Rule 54(b) and 55(b), in favor of Plaintiff Claudio Darezzo.

     IT IS FURTHER ORDERED that service of a copy of this Order and the papers upon which it is based, must be served upon Defendant on or before **January 17, 2024**, and such service shall be deemed good and sufficient service. Plaintiff's counsel must file proof of mailing on ECF no later than **January 18, 2024**.

     IT IS FURTHER ORDERED that Defendant's opposing papers in response to this Order to Show Cause must be filed no later than **January 29, 2024**. If Defendant appears in this action, Plaintiff's reply papers must be filed no later than **February 2, 2024**.

     Defendant is advised that failure to respond to the Order to Show Cause may be grounds for the granting of a default judgment against it, in which event Defendant will have no trial.

**SO ORDERED**

**Dated: January 10, 2024**
      **New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**