# ATTORNEY AFFIRMATION OF SERVICE

STATE OF NEW YORK        :
                         SS.:
COUNTY OF NEW YORK    :

I, Richard M. Madnick, an attorney at law admitted to practice before this Court, affirms as follows:

On January 12, 2024, I served true copies of Judge Valerie E. Caproni's January 11, 2024 Order To Show Cause For Entry of Default Judgment along with its supporting documents [Dkt. 19-21], in the case *Claudio Darezzo v. Recreational Plus LEV Inc., et al. Index: #1:23-cv-09090-VEC* upon:

> Recreational Plus LEV Inc.
> 180 1st Avenue
> New York, NY 10009
>
> Recreational Plus LEV Inc.
> 400 East 11th Street
> New York, NY 10009
> Attn: Nageeb Saeidi

by depositing a true copy of same enclosed in a postpaid properly addressed envelope in a post office or official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

DATED: **January 12, 2024**         _____
                                                     Richard M. Madnick