USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLAUDIO DAREZZO,

                    Plaintiff,

-against-

RECREATIONAL PLUS LEV INC. AND 84 HOYT LLC,

                    Defendants.

1:23-CV-9090 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendant Recreational Plus Lev Inc. was ordered to show cause on February 7, 2024, why default judgment ought not be entered against it, *see* Dkt. 21; and

WHEREAS Defendant Recreational Plus Lev Inc. did not appear.

IT IS HEREBY ORDERED that Plaintiff must submit a proper application for attorneys' fees, an affidavit from the Plaintiff to support his claim for damages, and the proposed default judgment as a word document by no later than February 16, 2024. The Court will not enter default judgment until it receives such documentation.

SO ORDERED.

Dated: February 7, 2024
         New York, New York

                                            **VALERIE CAPRONI**
                                            **United States District Judge**