UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLAUDIO DAREZZO,<br><br>          Plaintiff,<br><br>-against-<br><br>RECREATIONAL PLUS LEV INC. AND 84 HOYT LLC,<br><br>          Defendants. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Case No.: 1:23-cv-09090-VEC |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

  Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, **Claudio Darezzo** by and through his counsel, hereby gives notice that the above captioned action is voluntarily dismissed, **without prejudice** against Defendant, **Recreational Plus Lev Inc.**, since no party has answered or otherwise moved for summary judgment in this action.

Dated: February 16, 2024

                          The Marks Law Firm, P.C.

                          By:_____
                            Bradly G. Marks
                            The Marks Law Firm, PC
                            155 E 55th Street, Suite 4H
                            New York, NY 10022
                            T:(646) 770-3775