```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/20/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLAUDIO DAREZZO,

                    Plaintiff,

-against-

RECREATIONAL PLUS LEV INC. AND 84 HOYT LLC,

                    Defendants.

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Case No.: 1:23-cv-09090-VEC

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

    Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, **Claudio Darezzo** by and through his counsel, hereby gives notice that the above captioned action is voluntarily dismissed, **without prejudice** against Defendant, **Recreational Plus Lev Inc.**, since no party has answered or otherwise moved for summary judgment in this action.

Dated: February 16, 2024

                    The Marks Law Firm, P.C.

By: _____
Bradly G. Marks
The Marks Law Firm, PC
155 E 55th Street, Suite 4H
New York, NY 10022
T:(646) 770-3775

---

Application GRANTED. The Clerk of Court is respectfully directed to terminate Recreational Plus Lev Inc. as a defendant in this case.

SO ORDERED.

_/s/ Valerie Caproni_     2/20/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE