```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLAUDIO DAREZZO,

                Plaintiff,

    -against-

84 HOYT LLC,

                Defendant.

1:23-CV-9090 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on December 11, 2023, the Initial Pretrial Conference was adjourned *sine die*, *see* Dkt. 10.

    IT IS HEREBY ORDERED that the parties appear before the Court for an Initial Pretrial Conference on **Friday, March 29, 2024** at **10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  The parties' joint letter and proposed case management plan must be filed by no later than **March 21, 2024**.  For the required contents of the joint submission, the parties are directed to the Notice of Initial Pretrial Conference at Dkt. 5.

**SO ORDERED.**

Dated:  February 22, 2024
          New York, New York

                                        **VALERIE CAPRONI**
                                        **United States District Judge**