UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLAUDIO DAREZZO,<br><br>      Plaintiff,<br><br>-against-<br><br>RECREATIONAL PLUS LEV INC.<br>AND 84 HOYT LLC,<br><br>      Defendants. | Case No.: 1:23-cv-09090-VEC<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and All Parties of Record:

  Please enter my appearance as a member of The Marks Law Firm, PC in this case for Plaintiff, CLAUDIO DAREZZO. I certify that I am admitted to practice in this Court.

Dated: New York, New York
   March 7, 2024

            **THE MARKS LAW FIRM, PC**

          By: _____
            Darren R. Marks, Esq.
            SDNY Bar ID No.:DM-4225
           155 E 55th Street, Suite 4H
           New York, NY 10022
           Telephone: (646) 960 - 7820
           Email: darren@ markslawpc.com